IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERRARD MONTREZ DEVOLD, #293614, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CIVIL ACT. NO. 2:20-cv-755-ECM (WO) |
| KAY IVEY, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **OPINION and ORDER**

On March 3, 2021, the Magistrate Judge entered a Recommendation (doc. 18) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failures to comply with the orders of this Court and to prosecute this case.

A separate Final Judgment will be entered.

Done this 1st day of April, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE